**BREAZEALE, SACHSE & WILSON, L.L.P.** | ATTORNEYS AT LAW

**JOHN B. KING**
*Partner*
john.king@bswllp.com

DIRECT DIAL: 225-381-8014
CORPORATE PHONE: 225-387-4000
FAX: 225-381-8029
One American Place, 23rd Floor
Post Office Box 3197
Baton Rouge, Louisiana 70821-3197
**www.bswllp.com**

September 25, 2023

Mr. Bill Nethery                                   **VIA ELECTRONIC MAIL ONLY**
Jurisdiction and Enforcement Branch Chief
New Orleans District
U.S. Army Corps of Engineers
7400 Leake Avenue
New Orleans, Louisiana 70118

Re:    Juban Land Holdings, LLC and Juban Trails Development, LLC
       Property in Livingston Parish, Louisiana

Dear Mr. Nethery:

This letter is submitted on behalf of Juban Land Holdings, LLC and Juban Trails Development, LLC (collectively, Juban) to the U.S. Army Corps of Engineers (Corps) regarding the jurisdictional status of certain property in Livingston Parish, Louisiana. Under the recent decision by the U.S. Supreme Court in *Sackett v. EPA* and the recently revised definition of "Waters of the United States" issued by the Corps, the property at issue is not jurisdictional.

Juban requests that the Corps acknowledge the full effect of the *Sackett* decision, which severely curtailed its jurisdiction over wetlands under the Clean Water Act. While the New Orleans District Corps may be waiting for guidance from its headquarters, the property at issue is unquestionably non-jurisdictional for the reasons discussed below.

**The Property**

Juban Land Holdings, LLC owns certain property (the Property) in Livingston Parish, Louisiana. The Property is located along Buddy Ellis Road to the south and Interstate I-12 to the north. Juban Land Holdings, LLC purchased the Property for residential and other development. Juban Trails Development, LLC intends to develop the entirety of the Property. See Figure 1.

Exhibit
"A"

Mr. Bill Nethery
September 25, 2023
Page 2

Figure 1



Prior to any development, Juban obtained Jurisdictional Determinations from the Corps regarding the presence of wetlands on the Property. The first Jurisdictional Determination, No. MVN-2016-00568-SK, dated January 5, 2017, covered approximately 562 acres of the Property (known as the Juban Trails Tract).

It is important to note that field work for this delineation was done in March 2016 and verified in September, 2016 "following high to record high monthly rainfall totals of 9.93 inches and 34.43 inches, respectively." See Exhibit 1, p. 1, and Exhibit 1, Attachment D.

The second Jurisdictional Determination, dated May 25, 2018, covered approximately 115 acres of the Property (known as the Indigo Trails Tract). These tracts are contiguous, and the Indigo Trails Tract is a subdivision of the entire Juban Trails development. Both are owned by Juban Land Holdings, LLC.

These prior Jurisdictional Determinations indicated that there were jurisdictional wetlands and non-wetlands waters on the Property. Thus, under those determinations and the state of the law at that time, Juban was required to obtain a permit to develop the Property.

Juban did obtain the appropriate Clean Water Act Section 404 permits/authorizations from the Corps for residential development on portions of the Indigo Trails Tract. Those portions of the Indigo Trails Tract have since been developed or are being developed.

Mr. Bill Nethery
September 25, 2023
Page 3

In April 2023, Juban applied for a permit to develop the remainder of the Indigo Trails Tract. To date, that application is pending with the Corps and a permit has not been issued. In April 2018, Juban applied for a permit to develop the Juban Trails Tract. However, for various reasons, that application was returned to Juban.

**The *Sackett* Decision**

On May 25, 2023, the U.S. Supreme Court issued its decision in *Sackett v. EPA*. *Sackett v. EPA*, 598 U.S. 651, 143 S.Ct. 1322, 215 L.Ed.2d 579 (2023). The decision defined, and severely restricted, the Corps' jurisdictional reach over wetlands under the Clean Water Act.

The Supreme Court identified the types of "waters" that are jurisdictional under the Clean Water Act, finding that "we conclude that the Rapanos plurality was correct: the CWA's use of 'waters' encompasses 'only those relatively permanent, standing or continuously flowing bodies of water 'forming geographic[al] features' that are described in ordinary parlance as 'streams, oceans, rivers, and lakes.'" *Sackett*, 143 S.Ct at 1337.

The Supreme Court also identified the types of "wetlands" that are jurisdictional under the Clean Water Act, specifically holding: "In sum, we hold that the CWA extends to only those wetlands that are 'as a practical matter indistinguishable from waters of the United States.', 547 U.S., at 755, 126 S.Ct. 2208 []. This requires the party asserting jurisdiction over adjacent wetlands to establish "first, that the adjacent [body of water constitutes] ... 'water[s] of the United States,' (i.e., a relatively permanent body of water connected to traditional interstate navigable waters); and second, that the wetland has a continuous surface connection with that water, making it difficult to determine where the 'water' ends and the 'wetland' begins." *Sackett*, 143 S.Ct at 1341.

In *Sackett*, the Supreme Court relied heavily on its prior decision in *Rapanos v. US*, 47 U.S. 715, 126 S.Ct. 2208, 165 L.Ed.2d 159 (2006). In *Rapanos*, the Supreme Court suggested that the Corps' interpretations of the Clean Water Act "stretched the term 'waters of the United States' beyond parody. The plain language of the statute simply does not authorize this 'Land Is Waters' approach to federal jurisdiction." *Rapanos,* 126 S.Ct. at 2222.

As to wetlands, the Supreme Court ultimately held: "In sum, we hold that the CWA extends to **only** those 'wetlands with a continuous surface connection to bodies that are 'waters of the United States' in their own right,' so that they are 'indistinguishable' from those waters." *Sackett*, 143 S.Ct at 1344, emphasis supplied.

It is also important to note that Justice Kagan, in her concurrence, stated that the Corps had for many years included even those wetlands "separated from a covered water only by a man-made dike or barrier, natural river berm, beach dune, or the like." Justice Kagan pointed out that the majority opinion was "excluding all the wetlands in [this] category" and thus "narrow[ing] the scope of" the CWA. *Sackett*, 143 S.Ct at 1359. Justice Kavanaugh's concurrence had similar language and a similar conclusion.

Mr. Bill Nethery
September 25, 2023
Page 4

On August 29, 2023, the Corps issued a final rule addressing the *Sackett* decision by amending the definition of the "Waters of the United States" in 33 CFR §328.3.  The rule is effective on September 8, 2023.  88 Fed. Reg. 61964 (Sep. 8, 2023).  Generally, the Corps removed certain parts of the definition that are clearly no longer viable under *Sackett* (e.g., the significant nexus definition).  It retained the relatively permanent standard noted above.  Importantly, the Corps defined "adjacent" to simply mean "having a continuous surface connection."

**Application of *Sackett* to the Property**

Based on the *Sackett* decision, the Property is unquestionably non-jurisdictional for the following reasons:

1.      There are no relatively permanent water bodies traversing the Property.  To the extent that there are water courses or channels traversing the property, flows through these water courses or channels are ephemeral in nature, occurring only during and after a rain event.  As the Supreme Court made clear in *Rapanos*: "The phrase [waters of the United States] does not include channels through which water flows intermittently or ephemerally, or channels that periodically provide drainage for rainfall." *Rapanos*, 126 S.Ct. at 2225.

To the extent that wetlands exist on the Property, they are non-jurisdictional under *Sackett* because there is no relatively permanent water body to which they are, or can be, connected.  Stated another way, any wetlands on the Property have no continuous surface connection to a relatively permanent water body that traverses the Property.

2.      West Colyell Creek runs along the western boundary of the Property and is a relatively permanent water body.  However, there is no continuous surface connection between West Colyell Creek to any wetlands on the Property. See Exhibit 1.  Several facts, as documented in Exhibit 1, support this conclusion.

First, West Colyell Creek is defined by an appreciable and rather steep bank at this location.  The channel bottom lies about ten to fifteen feet below the top of the bank.  Additionally, the ordinary high-water mark (OHWM) is well below the top of the bank.  See Exhibit 1, p. 1.  As an example, see Figure 2, below.

Mr. Bill Nethery
September 25, 2023
Page 5

Figure 2



Thus, under normal circumstances, the waters of West Colyell Creek do not connect to any part of the Property to the east. As a result, there is no continuous surface connection between West Colyell Creek and any wetlands on the Property.

Second, there are a few areas along West Colyell Creek where the ephemeral flows reach West Colyell Creek. These areas are not continuous surface connections. The bottom of the drain is well above the normal water level of West Colyell Creek and the OHWM. See Exhibit 1, p. 1, and Exhibit 1, Attachment B. As an example, see Figure 3, below.

Mr. Bill Nethery
September 25, 2023
Page 6

Figure 3



Finally, the elevation difference between the ordinary water level to the top of the bank does not allow for hydric soils to establish along the banks.  Further, to the extent that wetlands exist to the east of the top of the bank, these wetlands are some distance from the top of the bank.  Thus, there is no connection, much less a continuous surface connection, between West Colyell Creek and any of the wetlands.  See Exhibit 1, p. 1.

3.      Even if there is a continuous surface connection from West Colyell Creek to any wetlands on the Property. any wetlands on the Property are easily distinguishable from West Colyell Creek.  It is very easy to distinguish where the water (i.e., West Colyell Creek) ends and wetlands begin.  To conclude otherwise is to determine that 'land is water,' an interpretation prohibited by the Supreme Court in *Rapano*s.

**Conclusion**

After *Sackett*, the wetlands on the Property are no longer jurisdictional under the Clean Water Act.  As such, the Corps may not require permits for the discharge of dredge or fill material in or on the Property.  It is requested that the Corps respond to Juban and acknowledge this conclusion.

Sincerely,

**BREAZEALE, SACHSE & WILSON, L.L.P.**

s/John B. King

John B. King

# Investigation of Relatively Permanent Waters and Continuous Surface Connections

Performed by:

Pangaea Conservation and Compliance, LLC

1952 E Flonacher Road

Zachary, Louisiana

Subject Property:

Juban Trails Property

Livingston Parish, Louisiana

September 2023

EXHIBIT 1

The subject property (see Figure 1 in Attachment A) was investigated for the presence of Relatively Permanent Waters (RPW) and continuous surface connections from those RPWs to any wetlands on the property (as described and defined in *Sackett v. EPA* and EPA Revised Definition of WOTUS).

RPWs:

The property is bordered to the North by I-12 and an associated roadside ditch which empties in to West Colyell Creek (WCC).  This ditch does not meet the requirements for a RPW.  To the east, the property is bordered by a utility ROW and various small ditches.  These small ditches do not meet the requirements for a RPW.  To the south, the property borders various residential properties with no RPWs present.

WCC generally runs along the western boundary of the property from Buddy Ellis Road to Interstate-12 (see Figure 2 in Attachment A).  <u>WCC appears to be a RPW as described in EPA guidance</u>.  WCC was surveyed for connections to the property.  A review of LIDAR and aerial photography reveals several abandoned channels which historically carried flow from WCC.  These abandoned channels either no longer connect to WCC or have channel bottoms significantly higher than the ordinary water level (see Site #1 in Attachment B).  Whether due to natural erosion or maintenance by Livingston Parish, the WCC channel bottom lies 10-15 feet below the creek banks.  Ordinary high-water marks (scour marks, denuded vegetation, sediment deposits, etc.) on WCC banks did not reach the height of the abandoned channel bottoms.  This was further supported by year old leaf litter still present in abandoned channel bottoms near WCC (see Site #1 in Attachment B).

**Continuous Surface Connections from RPW:**

A Preliminary Jurisdictional Determination (PJD) was issued on this property in 2017 (see Attachment C).  This PJD was used to identify any wetlands which may potentially connect to RPWs.  It should be noted that the 2017 PJD was delineated (March 2016) and verified (September 2016) following high to record high monthly rainfall totals of 9.93 inches and 34.43 inches, respectively (see USGS stream gauge and NOAA data in Attachment D).  As discussed above, WCC is the only RPW adjacent to the property.  The banks of WCC were surveyed for any continuous surface connections to the creek (see Sites #1-#14 in Attachment B).  While there is evidence of precipitation and extreme high water events draining from the adjacent creek banks to WCC, none of these drains can be described as continuous surface connections.  The ordinary water level in WCC lies 10-15 ft below these drains.  This elevation difference (ordinary water level to top of bank) typically does not allow for hydric soils to establish along the banks of incised creeks.  All wetlands and waters depicted in the 2017 PJD as being in close proximity to WCC were investigated.  <u>No continuous surface connections were discovered</u>, and any wetlands present were set well back from the creek bank (which was typically a shear face dropping 10-15 feet to the water's surface).

Conclusion:

Subject property is directly adjacent to West Colyell Creek which appears to be a Relatively Permanent Water.  Due to several factors previously discussed, no continuous surface connections exist between West Colyell Creek and any wetlands present on the subject property.

# ATTACHMENT A

## FIGURES



**SITE VICINITY MAP**

Livingston Parish, Louisiana

Figure: 1
Date: September 2023
Scale:1:13,000



**WEST COLYELL CREEK
PHOTO STATION LOCATIONS**

Livingston Parish, Louisiana

# ATTACHMENT B

## PHOTOS

# West Colyell Creek Site #1

Site #1: Drain is located directly behind survey rod (13 feet in length).



Site #1: drain grades evenly from WCC to dry incised drain with steep banks (drain bottom is 3-4 feet lower than top of bank).



# West Colyell Creek Site #2

Site #2: Drain is located directly behind survey rod (13 feet in length).



Site #2: In drain vs top of bank (drain is 2-3 feet lower than top of bank).



# West Colyell Creek

Site #3



Site #4



# West Colyell Creek

Site #5



Site #6



# West Colyell Creek

Site #7



Site #8



# West Colyell Creek

Site #9



Site #10



# West Colyell Creek

Site #11



Site #12



# West Colyell Creek

Site #13



Site #14



## ATTACHMENT C

## 2017 PJD



**DEPARTMENT OF THE ARMY**
CORPS OF ENGINEERS, NEW ORLEANS DISTRICT
7400 LEAKE AVENUE
NEW ORLEANS, LOUISIANA 70118

January 5, 2017

REPLY TO
ATTENTION OF
Operations Division
Surveillance and Enforcement Section

Mr. David Templet
D&S Environmental Services, Inc.
P.O. Box 510
French Settlement, LA 70733

Dear Mr. Templet:

Reference is made to your request, on behalf of CMT Interests, for a U.S. Army Corps of Engineers' jurisdictional determination on property located in Sections 2, 3, 10 and 11, Township 7 South, Range 3 East, Livingston Parish, Louisiana (enclosed map). Specifically, this property is identified as a 556.66-acre site on and south of I-12 and on and north of Buddy Ellis Road.

A field inspection of the property was conducted on September 20, 2016. Based on the results of this investigation, and the information provided with your request, we have determined that part of the property is wetland and may be subject to Corps' jurisdiction. The approximate limits of the wetland are designated in red on the map. A Department of the Army (DA) permit under Section 404 of the Clean Water Act will be required prior to the deposition or redistribution of dredged or fill material into wetlands that are waters of the United States. Additionally, a DA permit will be required if you propose to deposit dredged or fill material into non-wetland waters subject to Corps' jurisdiction. Non-wetland waters that may be subject to Corps' jurisdiction are indicated in blue on the map. Furthermore, unauthorized activities have been identified and designated on the attached map. Coordination with our office concerning resolution of these matters is required.

You and your client are advised that this preliminary jurisdictional determination is valid for a period of 5 years from the date of this letter unless new information warrants revision prior to the expiration date or the District Commander has identified, after public notice and comment, that specific geographic areas with rapidly changing environmental conditions merit re-verification on a more frequent basis.

Should there be any questions concerning these matters, please contact Mr. Michael Windham at (504) 862 1235 and reference our Account No. MVN-2016-00568-SK. If you have specific questions regarding the permit process or permit applications, please contact our Central Evaluation Section at (504) 862 1581.

Sincerely,

*William R. Hethery*

for Martin S. Mayer
Chief, Regulatory Branch

Enclosures



## PRELIMINARY JURISDICTIONAL DETERMINATION (PJD) FORM

### BACKGROUND INFORMATION

**A. REPORT COMPLETION DATE FOR PJD:** JAN 05 2017

**B. NAME AND ADDRESS OF PERSON REQUESTING PJD:**

Mr. David Templet
D & S Environmental Services, Inc.
P.O. Box 510
French Settlement, LA 70733

**C. DISTRICT OFFICE, FILE NAME, AND NUMBER:** MVN-2016-00568-SK

**D. PROJECT LOCATION(S) AND BACKGROUND INFORMATION:**
**(USE THE TABLE BELOW TO DOCUMENT MULTIPLE AQUATIC RESOURCES AND/OR AQUATIC RESOURCES AT DIFFERENT SITES)**

State: Louisiana          County/parish/borough: Livingston Parish City:

Center coordinates of site (lat/long in degree decimal format):

Lat.: 30.4631  °      Long.: -90.8758  °

Universal Transverse Mercator:

Name of nearest waterbody: West Colyell Creek

**E. REVIEW PERFORMED FOR SITE EVALUATION (CHECK ALL THAT APPLY):**

[X] Office (Desk) Determination. Date: 6/14/16

[X] Field Determination. Date(s): 9/20/16

**TABLE OF AQUATIC RESOURCES IN REVIEW AREA WHICH "MAY BE" SUBJECT TO REGULATORY JURISDICTION.**

| Site number | Latitude (decimal degrees) | Longitude (decimal degrees) | Estimated amount of aquatic resource in review area (acreage and linear feet, if applicable) | Type of aquatic resource (i.e., wetland vs. non-wetland waters) | Geographic authority to which the aquatic resource "may be" subject (i.e., Section 404 or Section 10/404) |
|---|---|---|---|---|---|
| WET | 30.4652 | -90.8765 | 280.5-acres | Wetland | 404 |
| WAT | 30.4627 | -90.8961 | 12.93-acres | Non-Wetland Waters | 404 |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

**SUPPORTING DATA.  Data reviewed for PJD (check all that apply)**

Checked items should be included in subject file.  Appropriately reference sources
below where indicated for all checked items:

[X] Maps, plans, plots or plat submitted by or on behalf of the PJD requestor:
Map: _____.

[X] Data sheets prepared/submitted by or on behalf of the PJD requestor.
  [ ] Office concurs with data sheets/delineation report.
  [ ] Office does not concur with data sheets/delineation report.  Rationale: _____.

[ ] Data sheets prepared by the Corps: _____.
[ ] Corps navigable waters' study: _____.
[X] U.S. Geological Survey Hydrologic Atlas: _____.
  [ ] USGS NHD data.
  [X] USGS 8 and 12 digit HUC maps.
[X] U.S. Geological Survey map(s). Cite scale & quad name: 1;24,000 - Denham Springs

[X] Natural Resources Conservation Service Soil Survey. Citation: NRCS WSS Livingston Parish

[X] National wetlands inventory map(s).  Cite name: USFWS (R4SBC/R2UBHx)

[ ] State/local wetland inventory map(s): _____.
[X] FEMA/FIRM maps: Zone X / AE

[ ] 100-year Floodplain Elevation is: ____.  (National Geodetic Vertical Datum of 1929)
[X] Photographs:  [X] Aerial (Name & Date): '98,'04,'05,'06,'08,'09,'10,'12,'13,'15 ArcMap

  or  [X] Other (Name & Date): Google Earth Pro

[ ] Previous determination(s).  File no. and date of response letter: _____.
[X] Other information (please specify): LA LIDAR

**IMPORTANT NOTE: The information recorded on this form has not necessarily
been verified by the Corps and should not be relied upon for later jurisdictional
determinations.**

WINDHAM.MICHAEL.
JOSEPH.1263455440
_____
Signature and date of
Regulatory staff member
completing PJD

David Templet (e-mail) - 12/13/16
_____
Signature and date of
person requesting PJD
(REQUIRED, unless obtaining
the signature is impracticable)[1]

_____
[1] Districts may establish timeframes for requestor to return signed PJD forms. If the requestor does not respond
within the established time frame, the district may presume concurrence and no additional follow up is
necessary prior to finalizing an action.

1) The Corps of Engineers believes that there may be jurisdictional aquatic resources in the review area, and the requestor of this PJD is hereby advised of his or her option to request and obtain an approved JD (AJD) for that review area based on an informed decision after having discussed the various types of JDs and their characteristics and circumstances when they may be appropriate.

2) In any circumstance where a permit applicant obtains an individual permit, or a Nationwide General Permit (NWP) or other general permit verification requiring "pre-construction notification" (PCN), or requests verification for a non-reporting NWP or other general permit, and the permit applicant has not requested an AJD for the activity, the permit applicant is hereby made aware that: (1) the permit applicant has elected to seek a permit authorization based on a PJD, which does not make an official determination of jurisdictional aquatic resources; (2) the applicant has the option to request an AJD before accepting the terms and conditions of the permit authorization, and that basing a permit authorization on an AJD could possibly result in less compensatory mitigation being required or different special conditions; (3) the applicant has the right to request an individual permit rather than accepting the terms and conditions of the NWP or other general permit authorization; (4) the applicant can accept a permit authorization and thereby agree to comply with all the terms and conditions of that permit, including whatever mitigation requirements the Corps has determined to be necessary; (5) undertaking any activity in reliance upon the subject permit authorization without requesting an AJD constitutes the applicant's acceptance of the use of the PJD; (6) accepting a permit authorization (e.g., signing a proffered individual permit) or undertaking any activity in reliance on any form of Corps permit authorization based on a PJD constitutes agreement that all aquatic resources in the review area affected in any way by that activity will be treated as jurisdictional, and waives any challenge to such jurisdiction in any administrative or judicial compliance or enforcement action, or in any administrative appeal or in any Federal court; and (7) whether the applicant elects to use either an AJD or a PJD, the JD will be processed as soon as practicable. Further, an AJD, a proffered individual permit (and all terms and conditions contained therein), or individual permit denial can be administratively appealed pursuant to 33 C.F.R. Part 331. If, during an administrative appeal, it becomes appropriate to make an official determination whether geographic jurisdiction exists over aquatic resources in the review area, or to provide an official delineation of jurisdictional aquatic resources in the review area, the Corps will provide an AJD to accomplish that result, as soon as is practicable. This PJD finds that there *"may be"* waters of the U.S. and/or that there *"may be"* navigable waters of the U.S. on the subject review area, and identifies all aquatic features in the review area that could be affected by the proposed activity, based on the following information:

## NOTIFICATION OF ADMINISTRATIVE APPEAL OPTIONS AND PROCESS AND REQUEST FOR APPEAL

JAN 05 2017

| Applicant: David Templet, obo CMT Interests | File Number: MVN-2016-00568-SK | Date: |
|---|---|---|
| Attached is: | | See Section below |
| | INITIAL PROFFERED PERMIT (Standard Permit or Letter of permission) | A |
| | PROFFERED PERMIT (Standard Permit or Letter of permission) | B |
| | PERMIT DENIAL | C |
| | APPROVED JURISDICTIONAL DETERMINATION | D |
| ✓ | PRELIMINARY JURISDICTIONAL DETERMINATION | E |

**SECTION I** - The following identifies your rights and options regarding an administrative appeal of the above decision. Additional information may be found at http://www.usace.army.mil/cecw/pages/reg_materials.aspx or Corps regulations at 33 CFR Part 331.

**A: INITIAL PROFFERED PERMIT:** You may accept or object to the permit.

- ACCEPT: If you received a Standard Permit, you may sign the permit document and return it to the district engineer for final authorization. If you received a Letter of Permission (LOP), you may accept the LOP and your work is authorized. Your signature on the Standard Permit or acceptance of the LOP means that you accept the permit in its entirety, and waive all rights to appeal the permit, including its terms and conditions, and approved jurisdictional determinations associated with the permit.

- OBJECT: If you object to the permit (Standard or LOP) because of certain terms and conditions therein, you may request that the permit be modified accordingly. You must complete Section II of this form and return the form to the district engineer. Your objections must be received by the district engineer within 60 days of the date of this notice, or you will forfeit your right to appeal the permit in the future. Upon receipt of your letter, the district engineer will evaluate your objections and may: (a) modify the permit to address all of your concerns, (b) modify the permit to address some of your objections, or (c) not modify the permit having determined that the permit should be issued as previously written. After evaluating your objections, the district engineer will send you a proffered permit for your reconsideration, as indicated in Section B below.

**B: PROFFERED PERMIT:** You may accept or appeal the permit

- ACCEPT: If you received a Standard Permit, you may sign the permit document and return it to the district engineer for final authorization. If you received a Letter of Permission (LOP), you may accept the LOP and your work is authorized. Your signature on the Standard Permit or acceptance of the LOP means that you accept the permit in its entirety, and waive all rights to appeal the permit, including its terms and conditions, and approved jurisdictional determinations associated with the permit.

- APPEAL: If you choose to decline the proffered permit (Standard or LOP) because of certain terms and conditions therein, you may appeal the declined permit under the Corps of Engineers Administrative Appeal Process by completing Section II of this form and sending the form to the division engineer. This form must be received by the division engineer within 60 days of the date of this notice.

**C: PERMIT DENIAL:** You may appeal the denial of a permit under the Corps of Engineers Administrative Appeal Process by completing Section II of this form and sending the form to the division engineer. This form must be received by the division engineer within 60 days of the date of this notice.

**D: APPROVED JURISDICTIONAL DETERMINATION:** You may accept or appeal the approved JD or provide new information.

- ACCEPT: You do not need to notify the Corps to accept an approved JD. Failure to notify the Corps within 60 days of the date of this notice, means that you accept the approved JD in its entirety, and waive all rights to appeal the approved JD.

- APPEAL: If you disagree with the approved JD, you may appeal the approved JD under the Corps of Engineers Administrative Appeal Process by completing Section II of this form and sending the form to the division engineer. This form must be received by the division engineer within 60 days of the date of this notice.

**E: PRELIMINARY JURISDICTIONAL DETERMINATION:** You do not need to respond to the Corps regarding the preliminary JD. The Preliminary JD is not appealable. If you wish, you may request an approved JD (which may be appealed), by contacting the Corps district for further instruction. Also you may provide new information for further consideration by the Corps to reevaluate the JD.

## SECTION II - REQUEST FOR APPEAL or OBJECTIONS TO AN INITIAL PROFFERED PERMIT

**REASONS FOR APPEAL OR OBJECTIONS:** (Describe your reasons for appealing the decision or your objections to an initial proffered permit in clear concise statements.  You may attach additional information to this form to clarify where your reasons or objections are addressed in the administrative record.)

**ADDITIONAL INFORMATION:** The appeal is limited to a review of the administrative record, the Corps memorandum for the record of the appeal conference or meeting, and any supplemental information that the review officer has determined is needed to clarify the administrative record.  Neither the appellant nor the Corps may add new information or analyses to the record.  However, you may provide additional information to clarify the location of information that is already in the administrative record.

## POINT OF CONTACT FOR QUESTIONS OR INFORMATION:

| If you have questions regarding this decision and/or the appeal process you may contact: | If you only have questions regarding the appeal process you may also contact: |
|---|---|
| Rob Heffner (504-862-1288)<br>Chief, Surveillance & Enforcement Section<br>U.S. Army Corps of Engineers<br>P.O. Box 60627<br>New Orleans, LA 70160 | Administrative Appeals Review Officer<br>Mississippi Valley Division<br>P.O. Box 80 (1400 Walnut Street)<br>Vicksburg, MS 39181-0080<br>601-634-5820 FAX: 601-634-5816 |

**RIGHT OF ENTRY:** Your signature below grants the right of entry to Corps of Engineers personnel, and any government consultants, to conduct investigations of the project site during the course of the appeal process.  You will be provided a 15 day notice of any site investigation, and will have the opportunity to participate in all site investigations.

| | Date: | Telephone number: |
|---|---|---|
| _____<br>Signature of appellant or agent. | | |

MVD version revised March 7, 2016

## <u>ATTACHMENT D</u>

## USGS STREAM GAUGE & NOAA DATA





# NOAA NATIONAL CENTERS FOR ENVIRONMENTAL INFORMATION
### NATIONAL OCEANIC AND ATMOSPHERIC ADMINISTRATION

Home    Climate Information    Data Access    Contact    About

Search

Home > Climate Data Online > Search Results: Daily Summaries

☐ Datasets | ☐ Search Tool | ☐ Mapping Tool | ☐ Data Tools | ☐ Help

70726    SEARCH

▸ More Search Options

**Denham Springs, LA 70726**
View Full Details 👁
Location ID: ZIP:70726
Period of Record: 1978-03-01 to 2019-09-09

ADD TO CART

Cart (Free Data) 🛒 0 items



1 - 1 of 1



USGS 07378500 Amite River near Denham Springs, LA

△ Median daily statistic (28 years)
— Gage height
▬ Period of approved data
■ Measured gage height
— National Weather Service Floodstage, in feet
— Operational limit (minimum)



U.S. Department of Commerce
National Oceanic & Atmospheric Administration
National Environmental Satellite, Data, and Information Service

**Record of Climatological Observations**
These data are quality controlled and may not be identical to the original observations.
Generated on 09/21/2023

National Centers for Environmental Information
151 Patton Avenue
Asheville, North Carolina 28801

Current Location: Elev: 69 ft. Lat: 30.5241° N Lon: 90.9127° W
Station: **DENHAM SPRINGS 4.1 NE, LA US US1LALV0004**

Observation Time Temperature: Unknown Observation Time Precipitation: Unknown

| Year | Month | Day | Temperature (F) "24 Hrs. Ending at Observation Time" Max. | Min. | At Obs. | Precipitation 24 Hour Amounts Ending at Observation Time Rain, Melted Snow, Etc. (in) | Flag | Snow, Ice Pellets, Hail (in) | Flag | At Obs. Time Snow, Ice Pellets, Hail, Ice on Ground (in) | Evaporation 24 Hour Wind Movement (mi) | Amount of Evap. (in) | "Soil Temperature (F)" 4 in. Depth Ground Cover (see *) | Max. | Min. | 8 in. Depth Ground Cover (see *) | Max. | Min. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2016 | 02 | 01 | | | | 0.00 | | 0.0 | | | | | | | | | | |
| 2016 | 02 | 02 | | | | 0.00 | | 0.0 | | | | | | | | | | |
| 2016 | 02 | 03 | | | | 2.32 | | | | | | | | | | | | |
| 2016 | 02 | 04 | | | | 0.01 | | | | | | | | | | | | |
| 2016 | 02 | 05 | | | | 0.00 | | 0.0 | | | | | | | | | | |
| 2016 | 02 | 06 | | | | 0.00 | | 0.0 | | | | | | | | | | |
| 2016 | 02 | 07 | | | | 0.00 | | 0.0 | | | | | | | | | | |
| 2016 | 02 | 08 | | | | 0.00 | | 0.0 | | | | | | | | | | |
| 2016 | 02 | 09 | | | | 0.00 | | 0.0 | | | | | | | | | | |
| 2016 | 02 | 10 | | | | 0.00 | | 0.0 | | | | | | | | | | |
| 2016 | 02 | 11 | | | | 0.00 | | 0.0 | | | | | | | | | | |
| 2016 | 02 | 12 | | | | 0.00 | | 0.0 | | | | | | | | | | |
| 2016 | 02 | 13 | | | | 0.00 | | 0.0 | | | | | | | | | | |
| 2016 | 02 | 14 | | | | 0.00 | | 0.0 | | | | | | | | | | |
| 2016 | 02 | 15 | | | | 0.09 | | | | | | | | | | | | |
| 2016 | 02 | 16 | | | | 1.44 | | | | | | | | | | | | |
| 2016 | 02 | 17 | | | | 0.00 | | 0.0 | | | | | | | | | | |
| 2016 | 02 | 18 | | | | 0.00 | | | | | | | | | | | | |
| 2016 | 02 | 19 | | | | 0.00 | | 0.0 | | | | | | | | | | |
| 2016 | 02 | 20 | | | | 0.00 | | 0.0 | | | | | | | | | | |
| 2016 | 02 | 21 | | | | 0.00 | | 0.0 | | | | | | | | | | |
| 2016 | 02 | 22 | | | | 0.00 | | 0.0 | | | | | | | | | | |
| 2016 | 02 | 23 | | | | 0.74 | | | | | | | | | | | | |
| 2016 | 02 | 24 | | | | 1.22 | | | | | | | | | | | | |
| 2016 | 02 | 25 | | | | 0.01 | | | | | | | | | | | | |
| 2016 | 02 | 26 | | | | 0.00 | | 0.0 | | | | | | | | | | |
| 2016 | 02 | 27 | | | | 0.00 | | 0.0 | | | | | | | | | | |
| 2016 | 02 | 28 | | | | 0.00 | | 0.0 | | | | | | | | | | |
| 2016 | 02 | 29 | | | | 0.00 | | 0.0 | | | | | | | | | | |
| | | Summary | 0 | 0 | | 5.83 | | 0.0 | | | | | | | | | | |

Empty, or blank, cells indicate that a data observation was not reported.

*Ground Cover: 1=Grass; 2=Fallow; 3=Bare Ground; 4=Brome grass; 5=Sod; 6=Straw mulch; 7=Grass muck; 8=Bare muck; 0=Unknown

"s" This data value failed one of NCEI's quality control tests.          "At Obs." = Temperature at time of observation

"T" values in the Precipitation or Snow category above indicate a "trace" value was recorded.

"A" values in the Precipitation Flag or the Snow Flag column indicate a multiday total, accumulated since last measurement, is being used.

Data value inconsistency may be present due to rounding calculations during the conversion process from SI metric units to standard imperial units.

U.S. Department of Commerce
National Oceanic & Atmospheric Administration
National Environmental Satellite, Data, and Information Service

**Record of Climatological Observations**
These data are quality controlled and may not be identical to the original observations.
Generated on 09/21/2023

National Centers for Environmental Information
151 Patton Avenue
Asheville, North Carolina 28801

Current Location: Elev: 69 ft. Lat: 30.5241° N Lon: 90.9127° W
Station: **DENHAM SPRINGS 4.1 NE, LA US US1LALV0004**

Observation Time Temperature: Unknown Observation Time Precipitation: Unknown

| Year | Month | Day | Temperature (F) "24 Hrs. Ending at Observation Time" Max. | Min. | At Obs. | Precipitation 24 Hour Amounts Ending at Observation Time Rain, Melted Snow, Etc. (in) | Flag | Snow, Ice Pellets, Hail (in) | Flag | At Obs. Time Snow, Ice Pellets, Hail, Ice on Ground (in) | Evaporation 24 Hour Wind Movement (mi) | Amount of Evap. (in) | "Soil Temperature (F)" 4 in. Depth Ground Cover (see *) | Max. | Min. | 8 in. Depth Ground Cover (see *) | Max. | Min. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2016 | 03 | 01 | | | | 0.00 | | 0.0 | | | | | | | | | | |
| 2016 | 03 | 02 | | | | 0.05 | | | | | | | | | | | | |
| 2016 | 03 | 03 | | | | 0.00 | | 0.0 | | | | | | | | | | |
| 2016 | 03 | 04 | | | | 0.05 | | | | | | | | | | | | |
| 2016 | 03 | 05 | | | | 0.00 | | 0.0 | | | | | | | | | | |
| 2016 | 03 | 06 | | | | 0.00 | | 0.0 | | | | | | | | | | |
| 2016 | 03 | 07 | | | | 0.00 | | 0.0 | | | | | | | | | | |
| 2016 | 03 | 08 | | | | 0.00 | | 0.0 | | | | | | | | | | |
| 2016 | 03 | 09 | | | | | | | | | | | | | | | | |
| 2016 | 03 | 10 | | | | | | | | | | | | | | | | |
| 2016 | 03 | 11 | | | | 6.53 | | | | | | | | | | | | |
| 2016 | 03 | 12 | | | | | | | | | | | | | | | | |
| 2016 | 03 | 13 | | | | 1.57 | | | | | | | | | | | | |
| 2016 | 03 | 14 | | | | 0.00 | | 0.0 | | | | | | | | | | |
| 2016 | 03 | 15 | | | | 0.00 | | 0.0 | | | | | | | | | | |
| 2016 | 03 | 16 | | | | 0.00 | | 0.0 | | | | | | | | | | |
| 2016 | 03 | 17 | | | | 0.00 | | 0.0 | | | | | | | | | | |
| 2016 | 03 | 18 | | | | 0.01 | | | | | | | | | | | | |
| 2016 | 03 | 19 | | | | 0.28 | | | | | | | | | | | | |
| 2016 | 03 | 20 | | | | 0.02 | | | | | | | | | | | | |
| 2016 | 03 | 21 | | | | 0.00 | | 0.0 | | | | | | | | | | |
| 2016 | 03 | 22 | | | | 0.00 | | 0.0 | | | | | | | | | | |
| 2016 | 03 | 23 | | | | 0.00 | | 0.0 | | | | | | | | | | |
| 2016 | 03 | 24 | | | | 0.00 | | 0.0 | | | | | | | | | | |
| 2016 | 03 | 25 | | | | 0.00 | | 0.0 | | | | | | | | | | |
| 2016 | 03 | 26 | | | | 0.00 | | 0.0 | | | | | | | | | | |
| 2016 | 03 | 27 | | | | | | | | | | | | | | | | |
| 2016 | 03 | 28 | | | | 1.42 | | | | | | | | | | | | |
| 2016 | 03 | 29 | | | | 0.00 | | | | | | | | | | | | |
| 2016 | 03 | 30 | | | | 0.00 | | | | | | | | | | | | |
| 2016 | 03 | 31 | | | | T | | | | | | | | | | | | |
| | | Summary | 0 | 0 | | 9.93 | | 0.0 | | | | | | | | | | |

Empty, or blank, cells indicate that a data observation was not reported.

*Ground Cover: 1=Grass; 2=Fallow; 3=Bare Ground; 4=Brome grass; 5=Sod; 6=Straw mulch; 7=Grass muck; 8=Bare muck; 0=Unknown

"s" This data value failed one of NCEI's quality control tests.       "At Obs." = Temperature at time of observation

"T" values in the Precipitation or Snow category above indicate a "trace" value was recorded.

"A" values in the Precipitation Flag or the Snow Flag column indicate a multiday total, accumulated since last measurement, is being used.

Data value inconsistency may be present due to rounding calculations during the conversion process from SI metric units to standard imperial units.

U.S. Department of Commerce
National Oceanic & Atmospheric Administration
National Environmental Satellite, Data, and Information Service

**Record of Climatological Observations**
These data are quality controlled and may not be identical to the original observations.
Generated on 09/21/2023

National Centers for Environmental Information
151 Patton Avenue
Asheville, North Carolina 28801

Current Location: Elev: 69 ft. Lat: 30.5241° N Lon: 90.9127° W
Station: **DENHAM SPRINGS 4.1 NE, LA US US1LALV0004**

Observation Time Temperature: Unknown Observation Time Precipitation: Unknown

| Year | Month | Day | Temperature (F) | | | Precipitation | | | | Evaporation | | "Soil Temperature (F)" | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | "24 Hrs. Ending at Observation Time" | | At Obs. | 24 Hour Amounts Ending at Observation Time | | | At Obs. Time | 24 Hour Wind Movement (mi) | Amount of Evap. (in) | 4 in. Depth | | | 8 in. Depth | | |
| | | | Max. | Min. | | Rain, Melted Snow, Etc. (in) | Flag | Snow, Ice Pellets, Hail (in) | Flag | Snow, Ice Pellets, Hail, Ice on Ground (in) | | | Ground Cover (see *) | Max. | Min. | Ground Cover (see *) | Max. | Min. |
| 2016 | 04 | 01 | | | | T | | | | | | | | | | | | |
| 2016 | 04 | 02 | | | | 0.61 | | | | | | | | | | | | |
| 2016 | 04 | 03 | | | | 0.00 | | 0.0 | | | | | | | | | | |
| 2016 | 04 | 04 | | | | 0.00 | | 0.0 | | | | | | | | | | |
| 2016 | 04 | 05 | | | | 0.00 | | 0.0 | | | | | | | | | | |
| 2016 | 04 | 06 | | | | 0.00 | | 0.0 | | | | | | | | | | |
| 2016 | 04 | 07 | | | | 0.00 | | 0.0 | | | | | | | | | | |
| 2016 | 04 | 08 | | | | 0.00 | | 0.0 | | | | | | | | | | |
| 2016 | 04 | 09 | | | | 0.00 | | 0.0 | | | | | | | | | | |
| 2016 | 04 | 10 | | | | 0.00 | | 0.0 | | | | | | | | | | |
| 2016 | 04 | 11 | | | | 0.00 | | 0.0 | | | | | | | | | | |
| 2016 | 04 | 12 | | | | 0.06 | | | | | | | | | | | | |
| 2016 | 04 | 13 | | | | 0.05 | | | | | | | | | | | | |
| 2016 | 04 | 14 | | | | 1.35 | | | | | | | | | | | | |
| 2016 | 04 | 15 | | | | 0.05 | | | | | | | | | | | | |
| 2016 | 04 | 16 | | | | 0.06 | | | | | | | | | | | | |
| 2016 | 04 | 17 | | | | 0.00 | | 0.0 | | | | | | | | | | |
| 2016 | 04 | 18 | | | | 0.00 | | 0.0 | | | | | | | | | | |
| 2016 | 04 | 19 | | | | 0.00 | | 0.0 | | | | | | | | | | |
| 2016 | 04 | 20 | | | | 0.01 | | | | | | | | | | | | |
| 2016 | 04 | 21 | | | | 0.04 | | | | | | | | | | | | |
| 2016 | 04 | 22 | | | | 0.49 | | | | | | | | | | | | |
| 2016 | 04 | 23 | | | | 0.00 | | 0.0 | | | | | | | | | | |
| 2016 | 04 | 24 | | | | 0.00 | | 0.0 | | | | | | | | | | |
| 2016 | 04 | 25 | | | | 0.00 | | 0.0 | | | | | | | | | | |
| 2016 | 04 | 26 | | | | 0.00 | | 0.0 | | | | | | | | | | |
| 2016 | 04 | 27 | | | | 0.00 | | 0.0 | | | | | | | | | | |
| 2016 | 04 | 28 | | | | 0.72 | | | | | | | | | | | | |
| 2016 | 04 | 29 | | | | 0.11 | | | | | | | | | | | | |
| 2016 | 04 | 30 | | | | 0.00 | | 0.0 | | | | | | | | | | |
| | | Summary | 0 | 0 | | 3.55 | | | | | | | | | | | | |

Empty, or blank, cells indicate that a data observation was not reported.

*Ground Cover: 1=Grass; 2=Fallow; 3=Bare Ground; 4=Brome grass; 5=Sod; 6=Straw mulch; 7=Grass muck; 8=Bare muck; 0=Unknown

"s" This data value failed one of NCEI's quality control tests.          "At Obs." = Temperature at time of observation

"T" values in the Precipitation or Snow category above indicate a "trace" value was recorded.

"A" values in the Precipitation Flag or the Snow Flag column indicate a multiday total, accumulated since last measurement, is being used.

Data value inconsistency may be present due to rounding calculations during the conversion process from SI metric units to standard imperial units.

U.S. Department of Commerce
National Oceanic & Atmospheric Administration
National Environmental Satellite, Data, and Information Service

**Record of Climatological Observations**
These data are quality controlled and may not be identical to the original observations.
Generated on 09/21/2023

National Centers for Environmental Information
151 Patton Avenue
Asheville, North Carolina 28801

Current Location: Elev: 69 ft. Lat: 30.5241° N Lon: 90.9127° W
Station: **DENHAM SPRINGS 4.1 NE, LA US1LALV0004**

Observation Time Temperature: Unknown Observation Time Precipitation: Unknown

| Year | Month | Day | Temperature (F) | | | Precipitation | | | | | Evaporation | | "Soil Temperature (F)" | | | | | |
|------|-------|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|
| | | | "24 Hrs. Ending at Observation Time" | | At Obs. | 24 Hour Amounts Ending at Observation Time | | | | At Obs. Time | | | 4 in. Depth | | | 8 in. Depth | | |
| | | | Max. | Min. | | Rain, Melted Snow, Etc. (in) | Flag | Snow, Ice Pellets, Hail (in) | Flag | Snow, Ice Pellets, Hail, Ice on Ground (in) | 24 Hour Wind Movement (mi) | Amount of Evap. (in) | Ground Cover (see *) | Max. | Min. | Ground Cover (see *) | Max. | Min. |
| 2016 | 05 | 01 | | | | 1.55 | | | | | | | | | | | | |
| 2016 | 05 | 02 | | | | 2.27 | | | | | | | | | | | | |
| 2016 | 05 | 03 | | | | 0.14 | | | | | | | | | | | | |
| 2016 | 05 | 04 | | | | 0.00 | | 0.0 | | | | | | | | | | |
| 2016 | 05 | 05 | | | | 0.00 | | 0.0 | | | | | | | | | | |
| 2016 | 05 | 06 | | | | 0.00 | | 0.0 | | | | | | | | | | |
| 2016 | 05 | 07 | | | | 0.00 | | 0.0 | | | | | | | | | | |
| 2016 | 05 | 08 | | | | 0.00 | | 0.0 | | | | | | | | | | |
| 2016 | 05 | 09 | | | | 0.00 | | 0.0 | | | | | | | | | | |
| 2016 | 05 | 10 | | | | 0.00 | | 0.0 | | | | | | | | | | |
| 2016 | 05 | 11 | | | | 0.00 | | 0.0 | | | | | | | | | | |
| 2016 | 05 | 12 | | | | 0.00 | | 0.0 | | | | | | | | | | |
| 2016 | 05 | 13 | | | | 0.12 | | | | | | | | | | | | |
| 2016 | 05 | 14 | | | | 0.00 | | 0.0 | | | | | | | | | | |
| 2016 | 05 | 15 | | | | 0.00 | | 0.0 | | | | | | | | | | |
| 2016 | 05 | 16 | | | | 0.00 | | 0.0 | | | | | | | | | | |
| 2016 | 05 | 17 | | | | 2.36 | | | | | | | | | | | | |
| 2016 | 05 | 18 | | | | 0.34 | | | | | | | | | | | | |
| 2016 | 05 | 19 | | | | 0.01 | | | | | | | | | | | | |
| 2016 | 05 | 20 | | | | 1.95 | | | | | | | | | | | | |
| 2016 | 05 | 21 | | | | 0.01 | | | | | | | | | | | | |
| 2016 | 05 | 22 | | | | 0.00 | | 0.0 | | | | | | | | | | |
| 2016 | 05 | 23 | | | | 0.00 | | 0.0 | | | | | | | | | | |
| 2016 | 05 | 24 | | | | 0.00 | | 0.0 | | | | | | | | | | |
| 2016 | 05 | 25 | | | | 0.00 | | 0.0 | | | | | | | | | | |
| 2016 | 05 | 26 | | | | 0.00 | | 0.0 | | | | | | | | | | |
| 2016 | 05 | 27 | | | | 0.00 | | 0.0 | | | | | | | | | | |
| 2016 | 05 | 28 | | | | 0.00 | | 0.0 | | | | | | | | | | |
| 2016 | 05 | 29 | | | | 0.00 | | 0.0 | | | | | | | | | | |
| 2016 | 05 | 30 | | | | 0.00 | | 0.0 | | | | | | | | | | |
| 2016 | 05 | 31 | | | | 0.00 | | 0.0 | | | | | | | | | | |
| | | Summary | 0 | 0 | | 8.75 | | | | | | | | | | | | |

Empty, or blank, cells indicate that a data observation was not reported.

*Ground Cover: 1=Grass; 2=Fallow; 3=Bare Ground; 4=Brome grass; 5=Sod; 6=Straw mulch; 7=Grass muck; 8=Bare muck; 0=Unknown

"s" This data value failed one of NCEI's quality control tests.      "At Obs." = Temperature at time of observation

"T" values in the Precipitation or Snow category above indicate a "trace" value was recorded.

"A" values in the Precipitation Flag or the Snow Flag column indicate a multiday total, accumulated since last measurement, is being used.

Data value inconsistency may be present due to rounding calculations during the conversion process from SI metric units to standard imperial units.

U.S. Department of Commerce
National Oceanic & Atmospheric Administration
National Environmental Satellite, Data, and Information Service

**Record of Climatological Observations**
These data are quality controlled and may not be identical to the original observations.
Generated on 09/21/2023

National Centers for Environmental Information
151 Patton Avenue
Asheville, North Carolina 28801

Current Location: Elev: 69 ft. Lat: 30.5241° N Lon: 90.9127° W
Station: **DENHAM SPRINGS 4.1 NE, LA US US1LALV0004**

Observation Time Temperature: Unknown Observation Time Precipitation: Unknown

| Year | Month | Day | Temperature (F) | | | Precipitation | | | | At Obs. Time | Evaporation | | "Soil Temperature (F)" | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | "24 Hrs. Ending at Observation Time" | | At Obs. | 24 Hour Amounts Ending at Observation Time | | | | Snow, Ice Pellets, Hail, Ice on Ground (in) | 24 Hour Wind Movement (mi) | Amount of Evap. (in) | 4 in. Depth | | | 8 in. Depth | | |
| | | | Max. | Min. | | Rain, Melted Snow, Etc. (in) | Flag | Snow, Ice Pellets, Hail (in) | Flag | | | | Ground Cover (see *) | Max. | Min. | Ground Cover (see *) | Max. | Min. |
| 2016 | 06 | 01 | | | | 0.48 | | | | | | | | | | | | |
| 2016 | 06 | 02 | | | | T | | | | | | | | | | | | |
| 2016 | 06 | 03 | | | | 0.91 | | | | | | | | | | | | |
| 2016 | 06 | 04 | | | | 2.56 | | | | | | | | | | | | |
| 2016 | 06 | 05 | | | | 0.88 | | | | | | | | | | | | |
| 2016 | 06 | 06 | | | | 0.08 | | | | | | | | | | | | |
| 2016 | 06 | 07 | | | | 0.01 | | | | | | | | | | | | |
| 2016 | 06 | 08 | | | | 0.00 | | 0.0 | | | | | | | | | | |
| 2016 | 06 | 09 | | | | 0.00 | | 0.0 | | | | | | | | | | |
| 2016 | 06 | 10 | | | | 0.00 | | 0.0 | | | | | | | | | | |
| 2016 | 06 | 11 | | | | 0.23 | | | | | | | | | | | | |
| 2016 | 06 | 12 | | | | | | | | | | | | | | | | |
| 2016 | 06 | 13 | | | | | | | | | | | | | | | | |
| 2016 | 06 | 14 | | | | | | | | | | | | | | | | |
| 2016 | 06 | 15 | | | | | | | | | | | | | | | | |
| 2016 | 06 | 16 | | | | | | | | | | | | | | | | |
| 2016 | 06 | 17 | | | | | | | | | | | | | | | | |
| 2016 | 06 | 18 | | | | | | | | | | | | | | | | |
| 2016 | 06 | 19 | | | | | | | | | | | | | | | | |
| 2016 | 06 | 20 | | | | 1.08 | | | | | | | | | | | | |
| 2016 | 06 | 21 | | | | 0.00 | | 0.0 | | | | | | | | | | |
| 2016 | 06 | 22 | | | | 0.01 | | | | | | | | | | | | |
| 2016 | 06 | 23 | | | | 0.00 | | 0.0 | | | | | | | | | | |
| 2016 | 06 | 24 | | | | 0.00 | | 0.0 | | | | | | | | | | |
| 2016 | 06 | 25 | | | | 0.00 | | 0.0 | | | | | | | | | | |
| 2016 | 06 | 26 | | | | 0.00 | | 0.0 | | | | | | | | | | |
| 2016 | 06 | 27 | | | | 0.00 | | 0.0 | | | | | | | | | | |
| 2016 | 06 | 28 | | | | 0.03 | | | | | | | | | | | | |
| 2016 | 06 | 29 | | | | 3.80 | | | | | | | | | | | | |
| 2016 | 06 | 30 | | | | 0.00 | | 0.0 | | | | | | | | | | |
| | | Summary | 0 | 0 | | 10.07 | | | | | | | | | | | | |

Empty, or blank, cells indicate that a data observation was not reported.

*Ground Cover: 1=Grass; 2=Fallow; 3=Bare Ground; 4=Brome grass; 5=Sod; 6=Straw mulch; 7=Grass muck; 8=Bare muck; 0=Unknown

"s" This data value failed one of NCEI's quality control tests.          "At Obs." = Temperature at time of observation

"T" values in the Precipitation or Snow category above indicate a "trace" value was recorded.

"A" values in the Precipitation Flag or the Snow Flag column indicate a multiday total, accumulated since last measurement, is being used.

Data value inconsistency may be present due to rounding calculations during the conversion process from SI metric units to standard imperial units.

U.S. Department of Commerce
National Oceanic & Atmospheric Administration
National Environmental Satellite, Data, and Information Service

**Record of Climatological Observations**
These data are quality controlled and may not be identical to the original observations.
Generated on 09/21/2023

National Centers for Environmental Information
151 Patton Avenue
Asheville, North Carolina 28801

Current Location: Elev: 69 ft. Lat: 30.5241° N Lon: 90.9127° W
Station: **DENHAM SPRINGS 4.1 NE, LA US US1LALV0004**

Observation Time Temperature: Unknown Observation Time Precipitation: Unknown

| Year | Month | Day | Temperature (F) | | | Precipitation | | | | Evaporation | | "Soil Temperature (F)" | | | | | |
| | | | "24 Hrs. Ending at Observation Time" | | At Obs. | 24 Hour Amounts Ending at Observation Time | | | At Obs. Time | 24 Hour Wind Movement (mi) | Amount of Evap. (in) | 4 in. Depth | | | 8 in. Depth | | |
| | | | Max. | Min. | At Obs. | Rain, Melted Snow, Etc. (in) | Flag | Snow, Ice Pellets, Hail (in) | Flag | Snow, Ice Pellets, Hail, Ice on Ground (in) | | | Ground Cover (see *) | Max. | Min. | Ground Cover (see *) | Max. | Min. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2016 | 07 | 01 | | | | 0.00 | | 0.0 | | | | | | | | | | |
| 2016 | 07 | 02 | | | | 0.00 | | 0.0 | | | | | | | | | | |
| 2016 | 07 | 03 | | | | 0.00 | | 0.0 | | | | | | | | | | |
| 2016 | 07 | 04 | | | | 0.00 | | 0.0 | | | | | | | | | | |
| 2016 | 07 | 05 | | | | 0.06 | | | | | | | | | | | | |
| 2016 | 07 | 06 | | | | 0.18 | | | | | | | | | | | | |
| 2016 | 07 | 07 | | | | T | | | | | | | | | | | | |
| 2016 | 07 | 08 | | | | 0.00 | | 0.0 | | | | | | | | | | |
| 2016 | 07 | 09 | | | | 0.00 | | 0.0 | | | | | | | | | | |
| 2016 | 07 | 10 | | | | 0.05 | | | | | | | | | | | | |
| 2016 | 07 | 11 | | | | 0.09 | | | | | | | | | | | | |
| 2016 | 07 | 12 | | | | 0.44 | | | | | | | | | | | | |
| 2016 | 07 | 13 | | | | 0.08 | | | | | | | | | | | | |
| 2016 | 07 | 14 | | | | 0.17 | | | | | | | | | | | | |
| 2016 | 07 | 15 | | | | 0.39 | | | | | | | | | | | | |
| 2016 | 07 | 16 | | | | 1.18 | | | | | | | | | | | | |
| 2016 | 07 | 17 | | | | 0.00 | | 0.0 | | | | | | | | | | |
| 2016 | 07 | 18 | | | | 0.37 | | | | | | | | | | | | |
| 2016 | 07 | 19 | | | | 0.23 | | | | | | | | | | | | |
| 2016 | 07 | 20 | | | | 0.00 | | 0.0 | | | | | | | | | | |
| 2016 | 07 | 21 | | | | 0.00 | | 0.0 | | | | | | | | | | |
| 2016 | 07 | 22 | | | | 0.01 | | | | | | | | | | | | |
| 2016 | 07 | 23 | | | | 0.00 | | 0.0 | | | | | | | | | | |
| 2016 | 07 | 24 | | | | 0.53 | | | | | | | | | | | | |
| 2016 | 07 | 25 | | | | | | | | | | | | | | | | |
| 2016 | 07 | 26 | | | | | | | | | | | | | | | | |
| 2016 | 07 | 27 | | | | 0.81 | | | | | | | | | | | | |
| 2016 | 07 | 28 | | | | 0.11 | | | | | | | | | | | | |
| 2016 | 07 | 29 | | | | 0.04 | | | | | | | | | | | | |
| 2016 | 07 | 30 | | | | 0.01 | | | | | | | | | | | | |
| 2016 | 07 | 31 | | | | 0.00 | | 0.0 | | | | | | | | | | |
| | | Summary | 0 | 0 | | 4.75 | | 0.0 | | | | | | | | | | |

Empty, or blank, cells indicate that a data observation was not reported.

*Ground Cover: 1=Grass; 2=Fallow; 3=Bare Ground; 4=Brome grass; 5=Sod; 6=Straw mulch; 7=Grass muck; 8=Bare muck; 0=Unknown

"s" This data value failed one of NCEI's quality control tests.        "At Obs." = Temperature at time of observation

"T" values in the Precipitation or Snow category above indicate a "trace" value was recorded.

"A" values in the Precipitation Flag or the Snow Flag column indicate a multiday total, accumulated since last measurement, is being used.

Data value inconsistency may be present due to rounding calculations during the conversion process from SI metric units to standard imperial units.

U.S. Department of Commerce
National Oceanic & Atmospheric Administration
National Environmental Satellite, Data, and Information Service

**Record of Climatological Observations**
These data are quality controlled and may not be identical to the original observations.
Generated on 09/21/2023

National Centers for Environmental Information
151 Patton Avenue
Asheville, North Carolina 28801

Current Location: Elev: 69 ft. Lat: 30.5241° N Lon: 90.9127° W
Station: **DENHAM SPRINGS 4.1 NE, LA US US1LALV0004**

Observation Time Temperature: Unknown Observation Time Precipitation: Unknown

| Year | Month | Day | Temperature (F) "24 Hrs. Ending at Observation Time" Max. | Min. | At Obs. | Precipitation 24 Hour Amounts Ending at Observation Time Rain, Melted Snow, Etc. (in) | Flag | Snow, Ice Pellets, Hail (in) | Flag | At Obs. Time Snow, Ice Pellets, Hail, Ice on Ground (in) | Evaporation 24 Hour Wind Movement (mi) | Amount of Evap. (in) | "Soil Temperature (F)" 4 in. Depth Ground Cover (see *) | Max. | Min. | 8 in. Depth Ground Cover (see *) | Max. | Min. |
|------|-------|-----|------|------|------|------|------|------|------|------|------|------|------|------|------|------|------|------|
| 2016 | 08 | 01 | | | | 0.01 | | | | | | | | | | | | |
| 2016 | 08 | 02 | | | | 0.01 | | | | | | | | | | | | |
| 2016 | 08 | 03 | | | | 0.00 | | 0.0 | | | | | | | | | | |
| 2016 | 08 | 04 | | | | 0.00 | | 0.0 | | | | | | | | | | |
| 2016 | 08 | 05 | | | | | | | | | | | | | | | | |
| 2016 | 08 | 06 | | | | | | | | | | | | | | | | |
| 2016 | 08 | 07 | | | | | | | | | | | | | | | | |
| 2016 | 08 | 08 | | | | 1.91 | | | | | | | | | | | | |
| 2016 | 08 | 09 | | | | 0.00 | | 0.0 | | | | | | | | | | |
| 2016 | 08 | 10 | | | | 0.85 | | | | | | | | | | | | |
| 2016 | 08 | 11 | | | | 1.85 | | | | | | | | | | | | |
| 2016 | 08 | 12 | | | | 11.56 | | | | | | | | | | | | |
| 2016 | 08 | 13 | | | | 14.19 | | | | | | | | | | | | |
| 2016 | 08 | 14 | | | | 0.97 | | | | | | | | | | | | |
| 2016 | 08 | 15 | | | | 0.95 | | | | | | | | | | | | |
| 2016 | 08 | 16 | | | | | | | | | | | | | | | | |
| 2016 | 08 | 17 | | | | | | | | | | | | | | | | |
| 2016 | 08 | 18 | | | | 1.06 | | | | | | | | | | | | |
| 2016 | 08 | 19 | | | | 0.00 | | 0.0 | | | | | | | | | | |
| 2016 | 08 | 20 | | | | 0.00 | | 0.0 | | | | | | | | | | |
| 2016 | 08 | 21 | | | | 0.21 | | | | | | | | | | | | |
| 2016 | 08 | 22 | | | | 0.15 | | | | | | | | | | | | |
| 2016 | 08 | 23 | | | | 0.00 | | 0.0 | | | | | | | | | | |
| 2016 | 08 | 24 | | | | 0.01 | | | | | | | | | | | | |
| 2016 | 08 | 25 | | | | 0.00 | | 0.0 | | | | | | | | | | |
| 2016 | 08 | 26 | | | | | | | | | | | | | | | | |
| 2016 | 08 | 27 | | | | | | | | | | | | | | | | |
| 2016 | 08 | 28 | | | | | | | | | | | | | | | | |
| 2016 | 08 | 29 | | | | 0.70 | | | | | | | | | | | | |
| 2016 | 08 | 30 | | | | 0.00 | | 0.0 | | | | | | | | | | |
| 2016 | 08 | 31 | | | | 0.00 | | 0.0 | | | | | | | | | | |
| | | Summary | 0 | 0 | | 34.43 | | | | | | | | | | | | |

Empty, or blank, cells indicate that a data observation was not reported.

*Ground Cover: 1=Grass; 2=Fallow; 3=Bare Ground; 4=Brome grass; 5=Sod; 6=Straw mulch; 7=Grass muck; 8=Bare muck; 0=Unknown

"s" This data value failed one of NCEI's quality control tests.       "At Obs." = Temperature at time of observation

"T" values in the Precipitation or Snow category above indicate a "trace" value was recorded.

"A" values in the Precipitation Flag or the Snow Flag column indicate a multiday total, accumulated since last measurement, is being used.

Data value inconsistency may be present due to rounding calculations during the conversion process from SI metric units to standard imperial units.

U.S. Department of Commerce
National Oceanic & Atmospheric Administration
National Environmental Satellite, Data, and Information Service

Current Location: Elev: 69 ft. Lat: 30.5241° N Lon: 90.9127° W
Station: **DENHAM SPRINGS 4.1 NE, LA US US1LALV0004**

**Record of Climatological Observations**
These data are quality controlled and may not be identical to the original observations.
Generated on 09/21/2023

National Centers for Environmental Information
151 Patton Avenue
Asheville, North Carolina 28801

Observation Time Temperature: Unknown Observation Time Precipitation: Unknown

| Year | Month | Day | Temperature (F) "24 Hrs. Ending at Observation Time" Max. | Min. | At Obs. | Precipitation 24 Hour Amounts Ending at Observation Time Rain, Melted Snow, Etc. (in) | Flag | Snow, Ice Pellets, Hail (in) | Flag | At Obs. Time Snow, Ice Pellets, Hail, Ice on Ground (in) | Evaporation 24 Hour Wind Movement (mi) | Amount of Evap. (in) | "Soil Temperature (F)" 4 in. Depth Ground Cover (see *) | Max. | Min. | 8 in. Depth Ground Cover (see *) | Max. | Min. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2016 | 09 | 01 | | | | 0.00 | | 0.0 | | | | | | | | | | |
| 2016 | 09 | 02 | | | | 0.00 | | 0.0 | | | | | | | | | | |
| 2016 | 09 | 03 | | | | 0.00 | | 0.0 | | | | | | | | | | |
| 2016 | 09 | 04 | | | | 0.00 | | 0.0 | | | | | | | | | | |
| 2016 | 09 | 05 | | | | | | | | | | | | | | | | |
| 2016 | 09 | 06 | | | | 0.89 | | | | | | | | | | | | |
| 2016 | 09 | 07 | | | | 0.00 | | 0.0 | | | | | | | | | | |
| 2016 | 09 | 08 | | | | 0.00 | | 0.0 | | | | | | | | | | |
| 2016 | 09 | 09 | | | | 0.00 | | 0.0 | | | | | | | | | | |
| 2016 | 09 | 10 | | | | 0.00 | | 0.0 | | | | | | | | | | |
| 2016 | 09 | 11 | | | | 0.00 | | 0.0 | | | | | | | | | | |
| 2016 | 09 | 12 | | | | 0.14 | | | | | | | | | | | | |
| 2016 | 09 | 13 | | | | 0.00 | | 0.0 | | | | | | | | | | |
| 2016 | 09 | 14 | | | | 0.11 | | | | | | | | | | | | |
| 2016 | 09 | 15 | | | | 0.02 | | | | | | | | | | | | |
| 2016 | 09 | 16 | | | | 0.00 | | 0.0 | | | | | | | | | | |
| 2016 | 09 | 17 | | | | 0.71 | | | | | | | | | | | | |
| 2016 | 09 | 18 | | | | 0.42 | | | | | | | | | | | | |
| 2016 | 09 | 19 | | | | 0.00 | | 0.0 | | | | | | | | | | |
| 2016 | 09 | 20 | | | | 0.00 | | 0.0 | | | | | | | | | | |
| 2016 | 09 | 21 | | | | 0.00 | | 0.0 | | | | | | | | | | |
| 2016 | 09 | 22 | | | | 0.00 | | 0.0 | | | | | | | | | | |
| 2016 | 09 | 23 | | | | 0.00 | | 0.0 | | | | | | | | | | |
| 2016 | 09 | 24 | | | | 0.00 | | 0.0 | | | | | | | | | | |
| 2016 | 09 | 25 | | | | 0.00 | | 0.0 | | | | | | | | | | |
| 2016 | 09 | 26 | | | | 0.00 | | 0.0 | | | | | | | | | | |
| 2016 | 09 | 27 | | | | 0.00 | | 0.0 | | | | | | | | | | |
| 2016 | 09 | 28 | | | | 0.00 | | 0.0 | | | | | | | | | | |
| 2016 | 09 | 29 | | | | 0.00 | | 0.0 | | | | | | | | | | |
| 2016 | 09 | 30 | | | | 0.00 | | 0.0 | | | | | | | | | | |
| | | Summary | 0 | 0 | | 2.29 | | 0.0 | | | | | | | | | | |

Empty, or blank, cells indicate that a data observation was not reported.

*Ground Cover: 1=Grass; 2=Fallow; 3=Bare Ground; 4=Brome grass; 5=Sod; 6=Straw mulch; 7=Grass muck; 8=Bare muck; 0=Unknown

"s" This data value failed one of NCEI's quality control tests.        "At Obs." = Temperature at time of observation

"T" values in the Precipitation or Snow category above indicate a "trace" value was recorded.

"A" values in the Precipitation Flag or the Snow Flag column indicate a multiday total, accumulated since last measurement, is being used.

Data value inconsistency may be present due to rounding calculations during the conversion process from SI metric units to standard imperial units.

**GHCN (Global Historical Climatology Network) – Daily Documentation**

**NOTE: English units are displayed on pdf output format; Either Metric or standard English units on csv or txt output formats depending on user specification.**

**I. Description**

GHCN (Global Historical Climatology Network)-Daily is a database that addresses the critical need for historical daily temperature, precipitation, and snow records over global land areas.  GHCN-Daily is a composite of climate records from numerous sources that were merged and then subjected to a suite of quality assurance reviews. The archive includes over 40 meteorological elements (see Table 4 below for complete list) including temperature daily maximum/minimum, temperature at observation time, precipitation, snowfall, snow depth, evaporation, wind movement, wind maximums, soil temperature, cloudiness, and more.

GHCN-Daily will serve as a replacement product for older NCDC-maintained data sets that are designated for daily temporal resolution (i.e. DSI 3200, DSI 3201, DSI 3202, DSI 3205, DSI 3206, DSI 3208, DSI 3210, etc.). It will function as the official archive for daily data from the Global Climate Observing System (GCOS) Surface Network (GSN) and is particularly well suited for monitoring and assessment activities related to the frequency and magnitude of extremes.  Containing observations of one or more of the above elements at more than 100,000 stations that are distributed across all continents, the dataset is the world's largest collection of daily climatological data. The total of 1.4 billion data values includes 250 million values each for maximum and minimum temperatures, 500 million precipitation totals, and 200 million observations each for snowfall and snow depth. Station records, some of which extend back to the 19th century, are updated daily where possible and are usually available one to two days after the date and time of the observation.

Some of the data provided here are based on data exchanged under the World Meteorological Organization (WMO) World Weather Watch Program according to WMO Resolution 40 (Cg-XII). This allows WMO member countries to place restrictions on the use or re-export of their data for commercial purposes outside of the receiving country. Those countries' data summaries and products which are available here are intended for free and unrestricted use in research, education, and other non-commercial activities. For non-U.S. locations data, the data or any derived product shall not be provided to other users or be used for the re-export of commercial services.

**II. Format/Observation Definitions**

(note: the term 'element 'or 'value'  is used throughout this documentation and refers to an individual meteorological/climatological measurement or statistical value such as temperature, precipitation (amount), etc.)

Users are given the choice between the following two delivery formats:

1) GHCN-Daily Form- Portable Document Format (PDF) output giving 5 core values (see Table 4) and, if available, the following additional values: TOBS (temperature at the time of observation), EVAP (evaporation of water from evaporation pan), WDMV (24-hour wind movement), SN*# (minimum soil temperature) and SX*# (maximum soil temperature). More details about these values are in Table 4 (below). There are no flags (attributes) given with the GHCN- Daily Form pdf file other than measurement flag "T" (trace value for precipitation, snowfall or snow depth, as per table 3 below). Units for data values can be in metric or standard depending on user preference for both CSV and text output. Empty, or blank, cells indicate that a data observation was not reported.

2) Custom GHCN-Daily CSV- Output files contain .csv extension and optimized for spreadsheet usage (i.e. delimited file).  Besides unit preference, user is also given the choice whether to include flags, station name or geographic location in data request.  The user can define which of the elements listed in Table 4 (below) to include in the data request.

3) Custom GHCN-Daily ASCII Form-Output is ASCII text file and the user is given the choice whether to include flags, station name or geographic location in data request.  The user can define which of the elements listed in Table 4 (below) to include in the data request.

**A.  Data observations (values)**

Each record represents all selected observations (values) available for a given station-day. The initial section of each record is ordered as follows with the following definitions:

**STATION** (17 characters) is the station identification code. Please see

http://www1.ncdc.noaa.gov/pub/data/ghcn/daily/ghcnd-stations.txt

for a complete list of stations and their metadata.

**STATION_NAME** (max 50 characters) is the name of the station (usually city/airport name).  Optional output field.

**GEOGRAPHIC_LOCATION** (31 characters) is the latitude (decimated degrees w/northern hemisphere values > 0, southern hemisphere values < 0), longitude (decimated degrees w/western hemisphere values < 0, eastern hemisphere values > 0) and elevation above mean sea level (tenths of meters). This is an optional output field.

**DATE** is the year of the record (4 digits) followed by month (2 digits) and day (2 digits).

**B.  Observations (values) and flags (attributes)**

Following this initial section of the record, all selected observations and flags are given in the following order:

Observation(s) | Measurement Flag | Quality Flag | Source Flag | Time of Observation | repeat for next element (when more than one element is selected), where:

**Observation(s)** is/are defined in Table 4 below. 9's in a field (e.g.9999) indicate missing data or data that has not been received.

**Measurement Flag (attribute)** is defined in **Table 1** below

**Quality Flag (attribute)**  is defined in **Table 2** below

**Source Flag (attribute)**  is defined in **Table 3** below

**Time of Observation** is the (2 digit hour, 2 digit minute) 24 hour clock time of the observation given as the local time at the station of record.

Note: The 4 flags listed above are optional on the Custom GHCN-Daily ASCII Form.


**Table 1 (Measurement Flag/Attribute)**

Blank = no measurement information applicable
- A   = value in precipitation or snow is a multi-day total, accumulated since last measurement
       (used on Daily Form pdf file)
- B   = precipitation total formed from two twelve-hour totals
- D   = precipitation total formed from four six-hour totals
- H   = represents highest or lowest hourly temperature (TMAX or TMIN)
       or average of hourly values (TAVG)
- K   = converted from knots
- L   = temperature appears to be lagged with respect to reported
       hour of observation
- O   = converted from oktas
- P   = identified as "missing presumed zero" in DSI 3200 and 3206
- T   = trace of precipitation, snowfall, or snow depth
- W   = converted from 16-point WBAN code (for wind direction)

**Table 2 (Quality Flag/Attribute)**

Blank = did not fail any quality assurance check
- D   = failed duplicate check
- G   = failed gap check
- I   = failed internal consistency check
- K   = failed streak/frequent-value check
- L   = failed check on length of multiday period
- M   = failed mega-consistency check
- N   = failed naught check
- O   = failed climatological outlier check
- R   = failed lagged range check

    S   = failed spatial consistency check
    T   = failed temporal consistency check
    W   = temperature too warm for snow
    X   = failed bounds check
    Z   = flagged as a result of an official Datzilla investigation


**Table 3 (Source Flag/Attribute)**

Blank = No source (i.e., data value missing)
    0   = U.S. Cooperative Summary of the Day (NCDC DSI-3200)
    6   = CDMP Cooperative Summary of the Day (NCDC DSI-3206)
    7   = U.S. Cooperative Summary of the Day -- Transmitted
            via WxCoder3 (NCDC DSI-3207)
    A   = U.S. Automated Surface Observing System (ASOS)
          real-time data (since January 1, 2006)
    a   = Australian data from the Australian Bureau of Meteorology
    B   = U.S. ASOS data for October 2000-December 2005 (NCDC DSI-3211)
    b   = Belarus update
    C   = Environment Canada
    E   = European Climate Assessment and Dataset (Klein Tank et al., 2002)
    F   = U.S. Fort data
    G   = Official Global Climate Observing System (GCOS) or other government-supplied data
    H   = High Plains Regional Climate Center real-time data
    I   = International collection (non U.S. data received through  personal contacts)
    K   = U.S. Cooperative Summary of the Day data digitized from paper observer forms
          (from 2011 to present)
    M   = Monthly METAR Extract (additional ASOS data)
    N   = Community Collaborative Rain, Hail,and Snow (CoCoRaHS)
    Q   = Data from several African countries that had been "quarantined", that is, withheld from
          public release until permission was granted from the respective meteorological services
    R   = NCDC Reference Network Database (Climate Reference Network
           and Historical Climatology Network-Modernized)
    r   = All-Russian Research Institute of Hydrometeorological Information-World Data Center
    S   = Global Summary of the Day (NCDC DSI-9618)
          NOTE: "S" values are derived from hourly synoptic reports
          exchanged on the Global Telecommunications System (GTS).
          Daily values derived in this fashion may differ significantly
          from "true" daily data, particularly for precipitation(i.e., use with caution).
    s   = China Meteorological Administration/National Meteorological Information Center/
          Climate Data Center  (http://cdc.cma.gov.cn)
    T   = SNOwpack TELemtry (SNOTEL) data obtained from the Western Regional Climate Center
    U   = Remote Automatic Weather Station (RAWS) data obtained from the Western
          Regional Climate Center
    u   = Ukraine update
    W   = WBAN/ASOS Summary of the Day from NCDC's Integrated Surface Data (ISD).
    X   = U.S. First-Order Summary of the Day (NCDC DSI-3210)
    Z   = Datzilla official additions or replacements
    z   = Uzbekistan update

**Table 4 (observation/value)**

Note:  9's in a field (e.g.9999) indicate missing data or data that has not been received.

The five core values are:


PRCP = Precipitation (mm or inches as per user preference, inches to hundredths on Daily Form pdf file)
SNOW = Snowfall (mm or inches as per user preference, inches to tenths on Daily Form pdf file)
SNWD = Snow depth (mm or inches as per user preference, inches on Daily Form pdf file)
TMAX = Maximum temperature (Fahrenheit or Celsius as per user preference, Fahrenheit to tenths on Daily Form pdf file
TMIN = Minimum temperature (Fahrenheit or Celsius as per user preference, Fahrenheit to tenths on Daily Form pdf file


The other values are:

ACMC = Average cloudiness midnight to midnight from 30-second ceilometer data (percent)
ACMH = Average cloudiness midnight to midnight from manual observations (percent)
ACSC = Average cloudiness sunrise to sunset from 30-second ceilometer data (percent)
ACSH = Average cloudiness sunrise to sunset from manual observations (percent)
AWND = Average daily wind speed (meters per second or miles per hour as per user preference)
DAEV = Number of days included in the multiday evaporation total (MDEV)
DAPR = Number of days included in the multiday precipitation total (MDPR)
DASF = Number of days included in the multiday snowfall total (MDSF)
DATN = Number of days included in the multiday minimum temperature (MDTN)
DATX = Number of days included in the multiday maximum temperature (MDTX)
DAWM = Number of days included in the multiday wind movement (MDWM)
 DWPR = Number of days with non-zero precipitation included in multiday precipitation total (MDPR)
EVAP = Evaporation of water from evaporation pan (mm or inches as per user preference, or hundredths of inches on Daily Form pdf file)
FMTM = Time of fastest mile or fastest 1-minute wind  (hours and minutes, i.e., HHMM)
FRGB = Base of frozen ground layer (cm or inches as per user preference)
FRGT = Top of frozen ground layer (cm or inches as per user preference)
FRTH = Thickness of frozen ground layer (cm or inches as per user preference)
GAHT = Difference between river and gauge height (cm or inches as per user preference)
MDEV = Multiday evaporation total (mm or inches as per user preference; use with DAEV)
MDPR = Multiday precipitation total (mm or inches as per user preference; use with DAPR and DWPR, if available)
MDSF = Multiday snowfall total (mm or inches as per user preference)
MDTN = Multiday minimum temperature (Fahrenheit or Celsius as per user preference ; use with DATN)
MDTX = Multiday maximum temperature (Fahrenheit or Celsius as per user preference ; use with DATX)
MDWM = Multiday wind movement (miles or km as per user preference)
MNPN = Daily minimum temperature of water in an evaporation pan (Fahrenheit or Celsius as per user preference)
MXPN = Daily maximum temperature of water in an evaporation pan  (Fahrenheit or Celsius as per user preference)

PGTM = Peak gust time (hours and minutes, i.e., HHMM)
PSUN = Daily percent of possible sunshine (percent)
SN*# = Minimum soil temperature where * corresponds to a code
      for ground cover and # corresponds to a code for soil depth (Fahrenheit or Celsius as per user
      preference)

      Ground cover codes include the following:
            0 = unknown
            1 = grass
            2 = fallow
            3 = bare ground
            4 = brome grass
            5 = sod
            6 = straw mulch
            7 = grass muck
            8 = bare muck

      Depth codes include the following:
            1 = 5 cm
            2 = 10 cm
            3 = 20 cm
            4 = 50 cm
            5 = 100 cm
            6 = 150 cm
            7 = 180 cm

SX*# = Maximum soil temperature where * corresponds to a code for ground
      cover and # corresponds to a code for soil depth.  See SN*# for depth codes.  (Fahrenheit or
Celsius as per user preference)
THIC = Thickness of ice on water (inches or mm as per user preference)
TOBS = Temperature at the time of observation  (Fahrenheit or Celsius as per user preference)
TSUN = Daily total sunshine (minutes)
WDF1 = Direction of fastest 1-minute wind (degrees)
WDF2 = Direction of fastest 2-minute wind (degrees)
WDF5 = Direction of fastest 5-second wind (degrees)
WDFG = Direction of peak wind gust (degrees)
WDFI = Direction of highest instantaneous wind (degrees)
WDFM = Fastest mile wind direction (degrees)
WDMV = 24-hour wind movement (km or miles as per user preference, miles on Daily Form pdf file)
WESD = Water equivalent of snow on the ground (inches or mm as per user preference)
WESF = Water equivalent of snowfall (inches or mm as per user preference)
WSF1 = Fastest 1-minute wind speed (miles per hour or  meters per second as per user preference)
WSF2 = Fastest 2-minute wind speed (miles per hour or  meters per second as per user preference)
WSF5 = Fastest 5-second wind speed (miles per hour or  meters per second as per user preference)
WSFG = Peak guest wind speed (miles per hour or  meters per second as per user preference)
WSFI = Highest instantaneous wind speed (miles per hour or  meters per second as per user preference)
WSFM = Fastest mile wind speed (miles per hour or  meters per second as per user preference)
WT** = Weather Type where ** has one of the following values:

01 = Fog, ice fog, or freezing fog (may include heavy fog)
02 = Heavy fog or heaving freezing fog (not always
        distinguished from fog)
03 = Thunder
04 = Ice pellets, sleet, snow pellets, or small hail
05 = Hail (may include small hail)
06 = Glaze or rime
07 = Dust, volcanic ash, blowing dust, blowing sand, or blowing obstruction
08 = Smoke or haze
09 = Blowing or drifting snow
10 = Tornado, waterspout, or funnel cloud
11 = High or damaging winds
12 = Blowing spray
13 = Mist
14 = Drizzle
15 = Freezing drizzle
16 = Rain (may include freezing rain, drizzle, and freezing drizzle)
17 = Freezing rain
18 = Snow, snow pellets, snow grains, or ice crystals
19 = Unknown source of precipitation
21 = Ground fog
22 = Ice fog or freezing fog

WVxx = Weather in the Vicinity where "xx" has one of the following values
01 = Fog, ice fog, or freezing fog (may include heavy fog)
03 = Thunder
07 = Ash, dust, sand, or other blowing obstruction
18 = Snow or ice crystals
20 = Rain or snow shower

Additional details are available online at http://www1.ncdc.noaa.gov/pub/data/ghcn/daily/readme.txt
(note the readme file does not apply to the Daily Form pdf file  or CSV outputs, however values are the
same, other than a few differences in units noted in table 4 above).